FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 23 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
Teresa Proctor,

                Plaintiffs,

      -against-

Recovery Management Services, Inc.,

                Defendant.
------------------------------------------------x

**ORDER**

04-CV-4822 (DLI)(SMG)

**DORA L. IRIZARRY, U.S. District Judge:**

The parties having advised the court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within sixty (60) days of the date of this Order.

DATED:      Brooklyn, New York
                August 22, 2005, 2005

                                              /s/ DORA L. IRIZARRY
                                              United States District Judge